```
                    F I L E D
              CLERK, U.S. DISTRICT COURT
                    11/21/2025
              CENTRAL DISTRICT OF CALIFORNIA
              BY: ____KM____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00957-DOC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1361: Depredation of Government Property] |
| JESUS POSADAS-ESPINOZA, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The United States of America charges:

[18 U.S.C. § 1361]

On or about October 29, 2025, in Ventura County, within the Central District of California, defendant JESUS POSADAS-ESPINOZA, and others known and unknown, each aiding and abetting the other, willfully injured and committed a depredation against

//

//

//

property of the United States, namely, a 2023 Hyundai Santa Fe with a vehicle identification number ending in 6676 used by the Internal Revenue Service.

                                              BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

BLAKE HANNAH
Special Assistant United States Attorney
General Crimes Section